UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  LAWRENCE M. ONYSKIW, JR.,    :    Case No. 18-12574REF
       Debtor                                  :    Chapter 13

# ORDER DENYING OBJECTION TO CLAIM

AND NOW, this 12 day of March, 2019, upon the objection of Debtor to a portion of the claim of Northwestern Lehigh School District, upon the legal briefs and argument of counsel, and for the reasons set forth in the Statement filed concurrently herewith,

IT IS HEREBY ORDERED that Debtor's Objection to the Claim of Northwestern Lehigh School District Motion IS DENIED.

                                     BY THE COURT

                                     _____
                                     RICHARD E. FEHLING
                                     United States Bankruptcy Judge